707 A.2d 509

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Barbara Kaplan LEWINSON, Respondent.

No. 400 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 25, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1998, there having been filed with this Court by Barbara Kaplan Lewinson her verified

Statement of Resignation stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Barbara Kaplan Lewinson be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.